**Order entered December 1, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00516-CV**

**CRYSTAL FOX, Appellant**

**V.**

**GEORGIA TAYLOR, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00675-C**

**ORDER**

The reporter's record in this case is past due. By postcard dated August 26, 2021, we notified Janet Wright, Official Court Reporter for County Court at Law No 3, that the reporter's record was overdue and directed her to file the reporter's record within ten days. By order dated October 12, 2021, we again notified Ms. Wright the reporter's record was overdue, and ordered her to file, within fifteen days, either (1) the reporter's record; or (2) written verification no hearings were

recorded or that appellant has not requested the reporter's record. To date, Ms. Wright has failed to comply with the Court's order.

So that this appeal can proceed, we **ORDER** Janet Wright to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification no hearings were recorded or that appellant has not requested the reporter's record.

We expressly **CAUTION** Ms. Wright that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Wright comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE